## CREECH COAL COMPANY v. HOOD et al.

Court of Appeals of Kentucky.

(Decided March 22, 1932.)

Appeal from Harlan Circuit Court.

A. G. PATTERSON for appellant.

JAMES S. GOLDEN for appellees.

PER CURIAM. Judgment for $411.42 on award of Workmen's Compensation Board.

Motion for an appeal denied; judgment affirmed.

## HARLAN COUNTY v. BALL, TRUSTEE.

Court of Appeals of Kentucky.

(Decided March 22, 1932.

Appeal from Harlan Circuit Court.

J. B. CARTER for appellant.

J. C. BAKER for appellee.

PER CURIAM. Judgment for $325 on contract for injury to real property.

Motion for appeal denied; judgment affirmed.

## KENTUCKY STATE LIFE INSURANCE COMPANY v. CHILDRESS.

Court of Appeals of Kentucky.

(Decided March 25, 1932.)

W. N. FLIPPIN for appellant.

B. J. BETHURUM and JOHN S. COOPER, for appellee.

PER CURIAM. Judgment for plaintiff in the sum of $350 in a suit on an accident insurance policy.

Appeal denied, and judgment affirmed.